# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JESUS NICHOLAS RIOS,<br><br>　　　　　　　　Defendant. | CASE NO. CR 13-0413-JAK<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

　A. (✓) the appearance of defendant as required; and/or

　B. (✓) the safety of any person or the community.

2. The Court concludes:

　A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

|    |    |
|----|----|
| 1  | other persons or the community. Defendant poses a risk to the |
| 2  | safety of other persons or the community based on: |
| 3  | _nature of the offenses; criminal history_ |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  | B. (✓) Defendant has failed to demonstrate by clear and convincing |
| 9  | evidence that he is not likely to flee if released. Defendant poses |
| 10 | a flight risk based on: _nature of the offenses;_ |
| 11 | _insufficient bail resources_ |

IT IS ORDERED that defendant be detained.

DATED: July 30, 2013

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)